| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, Jr., James S. | 2. Court or Organization<br><br>U.S. DISTRICT COURT MIDDLE DISTRICT FL | 3. Date of Report<br><br>10/31/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>801 NORTH FLORIDA AVE #13A<br>TAMPA, FL 33602 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | ▨▨▨ TRUST |
| 2. | TRUSTEE | ▨▨▨ TRUST |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | HUMANA/COMPBENEFITS, INC. - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Mortgage | M |
| 2. | Merrill Lynch | Margin Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS | | | | | | | | | |
| 2. -- Individual Checking | A | Int./Div. | J | T | | | | | |
| 3. -- McIntosh Road | A | Int./Div. | J | T | | | | | |
| 4. -- Checking | A | Int./Div. | J | T | | | | | |
| 5. -- Savings | A | Int./Div. | J | T | | | | | |
| 6. -- Individual | A | Int./Div. | J | T | | | | | |
| 7. MERRILL LYNCH CASH ACCOUNTS | | | | | | | | | |
| 8. -- Bilmar | A | Int./Div. | K | T | | | | | |
| 9. -- Individual #1 | A | Int./Div. | M | T | | | | | |
| 10. -- Individual #2 | A | Int./Div. | J | T | | | | | |
| 11. -- Individual #3 | A | Int./Div. | J | T | | | | | |
| 12. -- | A | Int./Div. | K | T | | | | | |
| 13. -- | A | Int./Div. | J | T | | | | | |
| 14. -- Trust #1 | A | Int./Div. | J | T | | | | | |
| 15. -- Trust #2 | D | Dividend | | | Closed | 12/31/13 | J | | |
| 16. -- Partnership | D | Int./Div. | P1 | T | | | | | |
| 17. -- Partnership | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Trust #1 Inc. Bene | A | Int./Div. | J | T | | | | | |
| 19.  -- Trust #1 Inc. Bene     (X) | A | Int./Div. | K | T | | | | | |
| 20.  -- ICM Trust | A | Int./Div. | N | T | | | | | |
| 21.  -- ICM Trust | A | Int./Div. | N | T | | | | | |
| 22.  MERRILL LYNCH NON-Q | | | | | | | | | |
| 23.  -- STI | A | Int./Div. | J | T | | | | | |
| 24.  -- BAC | A | Int./Div. | N | T | | | | | |
| 25.  -- RF | A | Int./Div. | K | T | Sold (part) | 05/20/13 | K | | |
| 26.  -- CAT | B | Int./Div. | L | T | Buy (add'l) | 01/25/13 | L | | |
| 27. | | | | | Buy (add'l) | 02/01/13 | L | | |
| 28. | | | | | Sold (part) | 02/19/13 | L | | |
| 29. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 30. | | | | | Sold (part) | 05/20/13 | L | B | |
| 31. | | | | | Buy (add'l) | 05/21/13 | L | | |
| 32. | | | | | Sold (part) | 07/18/13 | L | | |
| 33. | | | | | Buy (add'l) | 08/30/13 | L | | |
| 34. | | | | | Sold (part) | 09/23/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/17/13 | L | | |
| 36.   -- DMND | A | Int./Div. | L | T | Sold (part) | 02/12/13 | J | | |
| 37. | | | | | Sold | 03/18/13 | J | | |
| 38. | | | | | Buy | 11/20/13 | K | | |
| 39. | | | | | Sold | 12/23/13 | K | B | |
| 40. | | | | | Buy | 12/23/13 | K | | |
| 41.   -- NLY | B | Int./Div. | K | T | | | | | |
| 42.   -- ARCC | A | Int./Div. | J | T | | | | | |
| 43.   -- BP | A | Dividend | | | Buy | 06/24/13 | L | | |
| 44. | | | | | Sold | 07/22/13 | L | A | |
| 45. | | | | | Buy | 08/13/13 | L | | |
| 46. | | | | | Sold | 09/23/13 | L | B | |
| 47.   -- BBT | A | Dividend | | | Sold | 02/06/13 | L | C | |
| 48.   -- CSQ | A | Int./Div. | J | T | | | | | |
| 49.   -- COP | | None | | | Buy | 04/16/13 | L | | |
| 50. | | | | | Buy (add'l) | 04/17/13 | L | | |
| 51. | | | | | Sold | 05/20/13 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- TUP | | None | | | Buy | 06/24/13 | L | | |
| 53. | | | | | Sold | 07/22/13 | L | A | |
| 54. | | | | | Buy | 07/22/13 | L | | |
| 55. | | | | | Sold | 08/19/13 | L | A | |
| 56. -- GIS | A | Dividend | | | Buy | 08/20/13 | L | | |
| 57. | | | | | Sold | 11/18/13 | L | A | |
| 58. -- DOW | C | Int./Div. | L | T | Buy | 10/23/13 | M | | |
| 59. | | | | | Sold (part) | 12/23/13 | M | | |
| 60. -- MOS | B | Int./Div. | L | T | Buy | 10/30/13 | L | | |
| 61. | | | | | Sold (part) | 11/25/13 | K | A | |
| 62. | | | | | Buy (add'l) | 11/25/13 | K | | |
| 63. -- ESV | A | Int./Div. | M | T | Buy | 12/23/13 | M | | |
| 64. -- CAT Options | | | | | Sold | 01/25/13 | J | | |
| 65. | | | | | Sold | 02/01/13 | J | | |
| 66. | | | | | Closed | 02/15/13 | J | | |
| 67. | | | | | Sold | 02/15/13 | J | | |
| 68. | | | | | Sold | 07/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/20/13 | J | | |
| 70. | | | | | Sold | 08/30/13 | J | | |
| 71. | | | | | Sold | 09/25/13 | J | | |
| 72. -- BP Options | | | | | Sold | 06/24/13 | J | | |
| 73. -- TUP Options | | | | | Sold | 06/24/13 | J | | |
| 74. | | | | | Sold | 07/23/13 | J | | |
| 75. -- GIS Options | | | | | Sold | 08/23/13 | J | | |
| 76. | | | | | Sold | 10/23/13 | J | | |
| 77. -- DOW Options | | | | | Sold | 10/23/13 | J | | |
| 78. | | | | | Sold | 10/23/13 | J | | |
| 79. | | | | | Sold | 11/18/13 | J | | |
| 80. | | | | | Sold | 12/24/13 | J | | |
| 81. -- DMND Options | | | | | Sold | 11/20/13 | J | | |
| 82. | | | | | Sold | 12/23/13 | J | | |
| 83. | | | | | Sold | 12/23/13 | J | | |
| 84. -- MOS Options | | | | | Sold | 11/25/13 | J | | |
| 85. | | | | | Sold | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- ESV Options | | | | | Sold | 12/23/13 | J | | |
| 87. Merrill Lynch ▨ Trust ▨ | | | | | | | | | |
| 88. -- WFC | A | Dividend | | | Buy | 01/11/13 | L | | |
| 89. | | | | | Sold | 03/18/13 | L | B | |
| 90. -- STI | A | Dividend | | | Buy | 01/11/13 | L | | |
| 91. | | | | | Sold | 05/20/13 | L | B | |
| 92. -- COP | | None | | | Buy | 02/06/13 | M | | |
| 93. | | | | | Sold | 02/14/13 | M | A | |
| 94. -- CCL | | None | | | Buy | 03/18/13 | K | | |
| 95. | | | | | Buy (add'l) | 04/23/13 | K | | |
| 96. | | | | | Sold | 05/20/13 | L | A | |
| 97. | | | | | Buy | 06/12/13 | L | | |
| 98. | | | | | Sold | 07/22/13 | L | A | |
| 99. -- CAT | A | Dividend | | | Sold | 01/22/13 | L | | |
| 100. | | | | | Buy | 01/24/13 | L | | |
| 101. | | | | | Buy (add'l) | 04/15/13 | L | | |
| 102. | | | | | Sold (part) | 05/20/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/12/13 | L | | |
| 104. | | | | | Sold (part) | 08/19/13 | L | A | |
| 105. | | | | | Buy (add'l) | 08/20/13 | L | | |
| 106. | | | | | Sold (part) | 09/23/13 | L | A | |
| 107. | | | | | Buy (add'l) | 10/23/13 | L | | |
| 108. | | | | | Sold | 12/24/13 | M | D | |
| 109. -- CAH | A | Dividend | | | Buy | 04/24/13 | K | | |
| 110. | | | | | Sold (part) | 05/17/13 | J | A | |
| 111. | | | | | Sold | 05/21/13 | K | B | |
| 112. | | | | | Buy | 05/21/13 | K | | |
| 113. | | | | | Sold | 09/23/13 | K | A | |
| 114. -- TRV | A | Dividend | | | Buy | 05/21/13 | L | | |
| 115. | | | | | Buy (add'l) | 08/30/13 | L | | |
| 116. | | | | | Sold | 10/21/13 | M | B | |
| 117. -- TUP | A | Dividend | | | Buy | 05/21/13 | L | | |
| 118. | | | | | Sold | 08/19/13 | L | A | |
| 119. -- GIS | A | Dividend | | | Buy | 08/20/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/30/13 | K | | |
| 121. | | | | | Sold | 10/21/13 | L | | |
| 122. -- PFG | | None | | | Buy | 09/25/13 | L | | |
| 123. | | | | | Sold | 11/18/13 | L | B | |
| 124. -- DOW | | None | | | Buy | 10/09/13 | K | | |
| 125. | | | | | Buy (add'l) | 10/23/13 | L | | |
| 126. | | | | | Sold (part) | 12/24/13 | K | B | |
| 127. | | | | | Distributed | 12/26/13 | L | | |
| 128. -- PFE | D | Dividend | | | Distributed | 12/26/13 | M | | |
| 129. -- CSQ | C | Dividend | | | Sold (part) | 10/17/13 | J | A | |
| 130. | | | | | Distributed | 12/26/13 | M | | |
| 131. -- NLY | D | Dividend | | | Distributed | 12/26/13 | K | | |
| 132. -- ARCC | B | Dividend | | | Distributed | 12/26/13 | J | | |
| 133. -- BAC | A | Dividend | | | Distributed | 12/26/13 | L | | |
| 134. -- RF | A | Dividend | | | Distributed | 12/26/13 | J | | |
| 135. -- DMND | A | Dividend | | | Sold (part) | 02/12/13 | J | | |
| 136. | | | | | Sold (part) | 02/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/20/13 | J | | |
| 138. -- HUM | A | Dividend | | | Sold | 02/19/13 | L | | |
| 139. | | | | | Buy | 02/20/13 | L | | |
| 140. | | | | | Buy (add'l) | 03/25/13 | L | | |
| 141. | | | | | Sold | 04/22/13 | M | A | |
| 142. | | | | | Buy | 04/24/13 | L | | |
| 143. | | | | | Sold | 05/20/13 | L | A | |
| 144. -- NUE | | None | | | Sold | 01/22/13 | K | | |
| 145. -- BP | B | Dividend | | | Sold | 01/22/13 | K | | |
| 146. | | | | | Buy | 03/18/13 | K | | |
| 147. | | | | | Sold | 07/22/13 | K | | |
| 148. | | | | | Buy | 08/01/13 | K | | |
| 149. | | | | | Buy (add'l) | 08/30/13 | K | | |
| 150. | | | | | Sold (part) | 09/23/13 | K | | |
| 151. | | | | | Sold | 10/21/13 | K | B | |
| 152. -- HUM Options | | | | | Sold | 01/02/13 | J | | |
| 153. | | | | | Sold | 02/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/18/13 | J | | |
| 155. | | | | | Sold | 03/25/13 | J | | |
| 156. | | | | | Sold | 04/24/13 | J | | |
| 157. -- STI Options | | | | | Sold | 01/11/13 | J | | |
| 158. -- CAT Options | | | | | Sold | 01/24/13 | J | | |
| 159. | | | | | Sold | 02/20/13 | J | | |
| 160. | | | | | Sold | 04/16/13 | J | | |
| 161. | | | | | Sold | 06/24/13 | J | | |
| 162. | | | | | Sold | 08/20/13 | J | | |
| 163. | | | | | Sold | 10/23/13 | J | | |
| 164. -- TUP Options | | | | | Sold | 05/21/13 | J | | |
| 165. | | | | | Sold | 07/11/13 | J | | |
| 166. -- CCL Options | | | | | Sold | 06/12/13 | J | | |
| 167. -- CAH Options | | | | | Sold | 06/24/13 | J | | |
| 168. -- PFG Options | | | | | Sold | 09/25/13 | J | | |
| 169. -- DOW Options | | | | | Sold | 10/09/13 | J | | |
| 170. | | | | | Sold | 10/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Merrill Lynch Investment Partnerhip | | | | | | | | | |
| 172. -- WFC Options | | | | | Sold | 07/11/13 | J | | |
| 173. | | | | | Sold | 09/23/13 | J | | |
| 174. | | | | | Sold | 10/23/13 | J | | |
| 175. -- WFC | B | Dividend | | | Buy | 01/11/13 | L | | |
| 176. | | | | | Buy (add'l) | 02/01/13 | L | | |
| 177. | | | | | Sold | 03/18/13 | M | C | |
| 178. | | | | | Buy | 07/11/13 | L | | |
| 179. | | | | | Sold | 07/22/13 | L | A | |
| 180. | | | | | Buy | 08/30/13 | L | | |
| 181. | | | | | Sold | 09/23/13 | L | B | |
| 182. | | | | | Buy | 09/23/13 | L | | |
| 183. | | | | | Sold | 12/23/13 | L | B | |
| 184. -- MTGE Options | | | | | Sold | 03/20/13 | J | | |
| 185. -- MTGE | A | Int./Div. | K | T | Buy | 03/20/13 | K | | |
| 186. -- BBT | A | Dividend | | | Sold | 01/22/13 | L | B | |
| 187. -- STI Options | | | | | Sold | 01/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 01/11/13 | J | | |
| 189. | | | | | Sold | 01/28/13 | J | | |
| 190. | | | | | Sold | 02/20/13 | J | | |
| 191. | | | | | Sold | 02/20/13 | J | | |
| 192. | | | | | Sold | 03/12/13 | J | | |
| 193. | | | | | Sold | 04/22/13 | J | | |
| 194. | | | | | Closed | 04/23/13 | J | | |
| 195. | | | | | Sold | 04/22/13 | J | | |
| 196. | | | | | Sold | 05/08/13 | J | | |
| 197. | | | | | Sold | 06/24/13 | J | | |
| 198. | | | | | Sold | 09/19/13 | J | | |
| 199. | | | | | Sold | 10/23/13 | J | | |
| 200. -- STI | B | Int./Div. | M | T | Buy (add'l) | 01/11/13 | L | | |
| 201. | | | | | Sold (part) | 01/22/13 | N | E | |
| 202. | | | | | Buy (add'l) | 02/20/13 | K | | |
| 203. | | | | | Sold (part) | 03/18/13 | M | E | |
| 204. | | | | | Sold (part) | 05/20/13 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 06/24/13 | M | E | |
| 206. | | | | | Buy (add'l) | 06/24/13 | L | | |
| 207. | | | | | Sold (part) | 07/22/13 | M | E | |
| 208. | | | | | Buy (add'l) | 08/30/13 | M | | |
| 209. | | | | | Buy (add'l) | 09/19/13 | L | | |
| 210. | | | | | Sold (part) | 10/21/13 | M | D | |
| 211. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 212. | | | | | Sold (part) | 12/23/13 | M | D | |
| 213. -- HUM Options | | | | | Sold | 01/08/13 | J | | |
| 214. | | | | | Sold | 02/20/13 | J | | |
| 215. | | | | | Sold | 02/20/13 | J | | |
| 216. | | | | | Sold | 02/26/13 | J | | |
| 217. | | | | | Sold | 03/15/13 | J | | |
| 218. | | | | | Sold | 03/18/13 | J | | |
| 219. | | | | | Sold | 04/22/13 | J | | |
| 220. | | | | | Sold | 04/22/13 | J | | |
| 221. -- HUM | A | Dividend | | | Buy (add'l) | 01/08/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 01/22/13 | M | D | |
| 223. | | | | | Sold | 02/19/13 | N | | |
| 224. | | | | | Buy | 02/20/13 | M | | |
| 225. | | | | | Buy (add'l) | 02/26/13 | M | | |
| 226. | | | | | Buy (add'l) | 03/15/13 | L | | |
| 227. | | | | | Sold (part) | 04/22/13 | N | | |
| 228. | | | | | Buy (add'l) | 04/22/13 | L | | |
| 229. | | | | | Sold | 05/20/13 | M | D | |
| 230.  -- CAT Options | | | | | Sold | 01/11/13 | J | | |
| 231. | | | | | Sold | 01/23/13 | J | | |
| 232. | | | | | Sold | 01/23/13 | J | | |
| 233. | | | | | Sold | 01/25/13 | J | | |
| 234. | | | | | Sold | 01/25/13 | J | | |
| 235. | | | | | Sold | 02/01/13 | J | | |
| 236. | | | | | Sold | 02/01/13 | J | | |
| 237. | | | | | Sold | 02/06/13 | J | | |
| 238. | | | | | Closed | 02/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 02/15/13 | J | | |
| 240. | | | | | Sold | 02/20/13 | J | | |
| 241. | | | | | Sold | 02/20/13 | J | | |
| 242. | | | | | Sold | 02/20/13 | J | | |
| 243. | | | | | Sold | 03/15/13 | J | | |
| 244. | | | | | Sold | 03/18/13 | J | | |
| 245. | | | | | Sold | 03/18/13 | J | | |
| 246. | | | | | Sold | 03/18/13 | J | | |
| 247. | | | | | Sold | 03/20/13 | J | | |
| 248. | | | | | Sold | 04/15/13 | J | | |
| 249. | | | | | Sold | 04/22/13 | J | | |
| 250. | | | | | Sold | 04/22/13 | J | | |
| 251. | | | | | Sold | 04/22/13 | J | | |
| 252. | | | | | Sold | 05/20/13 | J | | |
| 253. | | | | | Sold | 05/20/13 | J | | |
| 254. | | | | | Sold | 05/20/13 | J | | |
| 255. | | | | | Sold | 05/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 06/24/13 | J | | |
| 257. | | | | | Sold | 06/24/13 | J | | |
| 258. | | | | | Sold | 06/24/13 | J | | |
| 259. | | | | | Sold | 06/24/13 | J | | |
| 260. | | | | | Sold | 07/22/13 | J | | |
| 261. | | | | | Sold | 08/20/13 | J | | |
| 262. | | | | | Sold | 08/20/13 | J | | |
| 263. | | | | | Sold | 08/20/13 | J | | |
| 264. | | | | | Sold | 08/22/13 | J | | |
| 265. | | | | | Sold | 08/30/13 | J | | |
| 266. | | | | | Sold | 09/24/13 | J | | |
| 267. | | | | | Sold | 09/25/13 | J | | |
| 268. | | | | | Sold | 10/22/13 | J | | |
| 269. | | | | | Sold | 10/22/13 | J | | |
| 270. | | | | | Sold | 11/18/13 | J | | |
| 271. | | | | | Sold | 11/18/13 | J | | |
| 272. | | | | | Sold | 11/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 12/18/13 | J | | |
| 274. -- CAT | E | Int./Div. | O | T | Buy (add'l) | 01/11/13 | L | | |
| 275. | | | | | Sold (part) | 01/22/13 | M | D | |
| 276. | | | | | Buy (add'l) | 01/23/13 | M | | |
| 277. | | | | | Buy (add'l) | 01/25/13 | M | | |
| 278. | | | | | Buy (add'l) | 02/01/13 | M | | |
| 279. | | | | | Buy (add'l) | 02/06/13 | L | | |
| 280. | | | | | Buy (add'l) | 02/11/13 | L | | |
| 281. | | | | | Buy (add'l) | 02/20/13 | L | | |
| 282. | | | | | Buy (add'l) | 03/06/13 | L | | |
| 283. | | | | | Buy (add'l) | 03/15/13 | L | | |
| 284. | | | | | Buy (add'l) | 03/20/13 | L | | |
| 285. | | | | | Buy (add'l) | 04/15/13 | M | | |
| 286. | | | | | Sold (part) | 05/20/13 | N | | |
| 287. | | | | | Buy (add'l) | 05/20/13 | M | | |
| 288. | | | | | Buy (add'l) | 06/24/13 | L | | |
| 289. | | | | | Sold (part) | 07/18/13 | M | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/24/13 | M | | |
| 291. | | | | | Buy (add'l) | 08/20/13 | L | | |
| 292. | | | | | Buy (add'l) | 08/30/13 | M | | |
| 293. | | | | | Sold (part) | 09/23/13 | L | A | |
| 294. | | | | | Buy (add'l) | 09/24/13 | L | | |
| 295. | | | | | Sold (part) | 12/16/13 | N | D | |
| 296. | | | | | Buy (add'l) | 12/18/13 | L | | |
| 297. -- FTR | D | Int./Div. | L | T | | | | | |
| 298. -- BBY | | None | | | Sold | 02/19/13 | K | B | |
| 299. -- NUE | | None | | | Sold | 01/22/13 | L | | |
| 300. -- COP Options | | | | | Sold | 02/06/13 | J | | |
| 301. | | | | | Sold | 04/15/13 | J | | |
| 302. | | | | | Sold | 04/17/13 | J | | |
| 303. | | | | | Sold | 12/23/13 | J | | |
| 304. -- COP | D | Int./Div. | M | T | Sold | 01/22/13 | M | C | |
| 305. | | | | | Buy | 02/06/13 | M | | |
| 306. | | | | | Sold | 02/14/13 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 04/15/13 | M | | |
| 308. | | | | | Buy (add'l) | 04/17/13 | L | | |
| 309. | | | | | Sold | 05/20/13 | M | D | |
| 310. | | | | | Buy | 12/23/13 | M | | |
| 311. -- MWV | A | Dividend | | | Sold (part) | 01/22/13 | L | D | |
| 312. | | | | | Sold | 02/19/13 | K | B | |
| 313. -- ARLP Options | | | | | Sold | 01/11/13 | J | | |
| 314. | | | | | Sold | 09/12/13 | J | | |
| 315. -- ARLP | D | Int./Div. | M | T | Buy (add'l) | 01/11/13 | L | | |
| 316. -- ARCC | C | Int./Div. | L | T | | | | | |
| 317. -- AGNC | D | Int./Div. | M | T | Buy (add'l) | 07/11/13 | K | | |
| 318. | | | | | Sold (part) | 09/23/13 | K | | |
| 319. -- OXY Options | | | | | Sold | 07/30/13 | J | | |
| 320. | | | | | Sold | 12/18/13 | J | | |
| 321. -- OXY | D | Int./Div. | M | T | Buy | 07/30/13 | M | | |
| 322. | | | | | Sold | 09/23/13 | M | D | |
| 323. | | | | | Buy | 12/18/13 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -- GIS Options | | | | | Sold | 08/16/13 | J | | |
| 325. | | | | | Sold | 08/20/13 | J | | |
| 326. | | | | | Sold | 09/24/13 | J | | |
| 327. | | | | | Sold | 10/22/13 | J | | |
| 328. -- GIS | C | Int./Div. | L | T | Buy | 08/16/13 | L | | |
| 329. | | | | | Buy (add'l) | 08/20/13 | L | | |
| 330. | | | | | Sold (part) | 10/21/13 | L | | |
| 331. -- PEP Options | | | | | Sold | 08/30/13 | J | | |
| 332. | | | | | Sold | 12/18/13 | J | | |
| 333. -- PEP | C | Int./Div. | M | T | Buy | 08/30/13 | M | | |
| 334. | | | | | Sold | 10/21/13 | M | D | |
| 335. | | | | | Buy | 12/18/13 | M | | |
| 336. -- AB Options | | | | | Sold | 10/30/13 | J | | |
| 337. | | | | | Sold | 12/23/13 | J | | |
| 338. -- AB | D | Int./Div. | M | T | Buy | 09/19/13 | K | | |
| 339. | | | | | Buy (add'l) | 09/23/13 | K | | |
| 340. | | | | | Buy (add'l) | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 342. | | | | | Sold (part) | 10/21/13 | K | | |
| 343. | | | | | Buy (add'l) | 10/30/13 | L | | |
| 344. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 345. -- JPM Options | | | | | Sold | 09/19/13 | J | | |
| 346. | | | | | Sold | 10/31/13 | J | | |
| 347. | | | | | Sold | 11/08/13 | J | | |
| 348. -- JPM | C | Int./Div. | M | T | Buy | 09/19/13 | M | | |
| 349. | | | | | Buy (add'l) | 11/04/13 | M | | |
| 350. | | | | | Sold (part) | 11/25/13 | M | A | |
| 351. -- DOW Options | | | | | Sold | 09/19/13 | J | | |
| 352. | | | | | Sold | 09/27/13 | J | | |
| 353. | | | | | Sold | 09/27/13 | J | | |
| 354. | | | | | Sold | 10/09/13 | J | | |
| 355. | | | | | Sold | 10/23/13 | J | | |
| 356. | | | | | Sold | 10/23/13 | J | | |
| 357. | | | | | Sold | 10/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 10/30/13 | J | | |
| 359. | | | | | Sold | 11/15/13 | J | | |
| 360. | | | | | Sold | 11/19/13 | J | | |
| 361. | | | | | Sold | 11/19/13 | J | | |
| 362. | | | | | Sold | 11/19/13 | J | | |
| 363. -- DOW | A | Dividend | | | Buy | 09/19/13 | L | | |
| 364. | | | | | Buy (add'l) | 09/23/13 | L | | |
| 365. | | | | | Buy (add'l) | 09/27/13 | M | | |
| 366. | | | | | Buy (add'l) | 10/09/13 | L | | |
| 367. | | | | | Sold (part) | 10/21/13 | M | C | |
| 368. | | | | | Buy (add'l) | 10/23/13 | M | | |
| 369. | | | | | Buy (add'l) | 10/30/13 | M | | |
| 370. | | | | | Buy (add'l) | 11/19/13 | L | | |
| 371. | | | | | Sold | 12/23/13 | O | E | |
| 372. -- MOS Options | | | | | Sold | 09/23/13 | J | | |
| 373. | | | | | Sold | 09/27/13 | J | | |
| 374. | | | | | Sold | 10/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 10/30/13 | J | | |
| 376. | | | | | Sold | 10/31/13 | J | | |
| 377. | | | | | Sold | 11/19/13 | J | | |
| 378. | | | | | Sold | 11/19/13 | J | | |
| 379. | | | | | Sold | 11/20/13 | J | | |
| 380. | | | | | Sold | 11/25/13 | J | | |
| 381. | | | | | Sold | 11/25/13 | J | | |
| 382. | | | | | Sold | 11/25/13 | J | | |
| 383. | | | | | Sold | 12/18/13 | J | | |
| 384. | | | | | Sold | 12/18/13 | J | | |
| 385. | | | | | Sold | 12/23/13 | J | | |
| 386. -- MOS | D | Int./Div. | O | T | Buy | 09/23/13 | L | | |
| 387. | | | | | Buy (add'l) | 09/27/13 | L | | |
| 388. | | | | | Sold (part) | 10/21/13 | K | A | |
| 389. | | | | | Buy (add'l) | 10/23/13 | L | | |
| 390. | | | | | Buy (add'l) | 10/30/13 | N | | |
| 391. | | | | | Sold (part) | 11/18/13 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 11/19/13 | M | | |
| 393. | | | | | Buy (add'l) | 11/20/13 | M | | |
| 394. | | | | | Sold (part) | 11/25/13 | L | A | |
| 395. | | | | | Buy (add'l) | 11/25/13 | L | | |
| 396. | | | | | Buy (add'l) | 12/12/13 | K | | |
| 397. | | | | | Buy (add'l) | 12/18/13 | K | | |
| 398. | | | | | Sold (part) | 12/23/13 | K | A | |
| 399. -- POT Options | | | | | Sold | 03/18/13 | J | | |
| 400. | | | | | Sold | 06/10/13 | J | | |
| 401. | | | | | Sold | 07/11/13 | J | | |
| 402. | | | | | Sold | 08/20/13 | J | | |
| 403. | | | | | Sold | 09/23/13 | J | | |
| 404. | | | | | Sold | 10/23/13 | J | | |
| 405. | | | | | Sold | 12/23/13 | J | | |
| 406. -- POT | D | Int./Div. | N | T | Buy (add'l) | 03/18/13 | K | | |
| 407. | | | | | Sold | 05/20/13 | M | C | |
| 408. | | | | | Buy | 06/10/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 28 of 48

Name of Person Reporting

Moody, Jr., James S.

Date of Report

10/31/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 07/30/13 | L | | |
| 410. | | | | | Buy (add'l) | 08/20/13 | K | | |
| 411. | | | | | Sold (part) | 09/23/13 | M | | |
| 412. | | | | | Buy (add'l) | 09/23/13 | M | | |
| 413. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 414. | | | | | Buy (add'l) | 10/31/13 | K | | |
| 415. | | | | | Sold (part) | 11/18/13 | L | | |
| 416. | | | | | Buy (add'l) | 11/22/13 | M | | |
| 417. -- PFG Options | | | | | Sold | 09/27/13 | J | | |
| 418. -- PFG | | None | | | Buy | 09/27/13 | L | | |
| 419. | | | | | Sold | 11/18/13 | L | C | |
| 420. -- VLO Options | | | | | Sold | 11/22/13 | J | | |
| 421. | | | | | Sold | 11/25/13 | J | | |
| 422. -- VLO | A | Dividend | | | Buy | 11/22/13 | L | | |
| 423. | | | | | Buy (add'l) | 11/25/13 | K | | |
| 424. | | | | | Sold | 12/23/13 | M | | |
| 425. -- BP Options | | | | | Sold | 02/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 02/20/13 | J | | |
| 427. | | | | | Sold | 03/18/13 | J | | |
| 428. | | | | | Sold | 06/24/13 | J | | |
| 429. | | | | | Sold | 08/20/13 | J | | |
| 430. -- BP | C | Dividend | | | Sold | 01/22/13 | N | | |
| 431. | | | | | Buy | 02/06/13 | L | | |
| 432. | | | | | Buy (add'l) | 02/15/13 | L | | |
| 433. | | | | | Buy (add'l) | 02/20/13 | K | | |
| 434. | | | | | Buy (add'l) | 03/08/13 | L | | |
| 435. | | | | | Sold (part) | 03/18/13 | L | | |
| 436. | | | | | Buy (add'l) | 04/22/13 | K | | |
| 437. | | | | | Sold (part) | 05/08/13 | M | D | |
| 438. | | | | | Buy (add'l) | 06/20/13 | L | | |
| 439. | | | | | Sold (part) | 07/22/13 | M | B | |
| 440. | | | | | Buy (add'l) | 07/30/13 | M | | |
| 441. | | | | | Buy (add'l) | 08/01/13 | L | | |
| 442. | | | | | Buy (add'l) | 08/30/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold (part) | 09/23/13 | M | B | |
| 444. | | | | | Buy (add'l) | 09/27/13 | L | | |
| 445. | | | | | Sold (part) | 10/21/13 | N | D | |
| 446. | | | | | Sold | 11/06/13 | L | C | |
| 447. -- PRU Options | | | | | Sold | 09/25/13 | J | | |
| 448. | | | | | Sold | 09/27/13 | J | | |
| 449. -- PRU | | None | | | Sold (part) | 01/11/13 | L | A | |
| 450. | | | | | Sold | 01/22/13 | M | | |
| 451. | | | | | Buy | 09/25/13 | M | | |
| 452. | | | | | Buy (add'l) | 09/27/13 | M | | |
| 453. | | | | | Sold | 11/18/13 | N | D | |
| 454. -- KMB Options | | | | | Sold | 01/08/13 | J | | |
| 455. | | | | | Sold | 06/03/13 | J | | |
| 456. | | | | | Sold | 06/04/13 | J | | |
| 457. | | | | | Sold | 06/24/13 | J | | |
| 458. | | | | | Sold | 06/24/13 | J | | |
| 459. -- KMB | C | Dividend | | | Buy (add'l) | 01/08/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 02/19/13 | N | D | |
| 461. | | | | | Buy | 06/03/13 | N | | |
| 462. | | | | | Buy (add'l) | 06/24/13 | L | | |
| 463. | | | | | Sold | 07/22/13 | N | D | |
| 464.  -- DMND Options | | | | | Sold | 09/23/13 | J | | |
| 465. | | | | | Sold | 11/20/13 | J | | |
| 466. | | | | | Sold | 11/27/13 | J | | |
| 467. | | | | | Sold | 12/23/13 | J | | |
| 468.  -- DMND | None | M | T | | Buy (add'l) | 03/12/13 | K | | |
| 469. | | | | | Sold (part) | 03/18/13 | K | | |
| 470. | | | | | Sold (part) | 06/12/13 | K | | |
| 471. | | | | | Sold (part) | 06/24/13 | K | | |
| 472. | | | | | Buy (add'l) | 09/23/13 | K | | |
| 473. | | | | | Sold (part) | 11/18/13 | K | | |
| 474. | | | | | Buy (add'l) | 11/20/13 | K | | |
| 475. | | | | | Buy (add'l) | 11/27/13 | K | | |
| 476. | | | | | Sold (part) | 12/23/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy (add'l) | 12/23/13 | K | | |
| 478. -- NLY | C | Int./Div. | K | T | | | | | |
| 479. -- CVX Options | | | | | Sold | 10/30/13 | J | | |
| 480. -- CVX | C | Dividend | | | Sold | 01/22/13 | N | D | |
| 481. | | | | | Buy | 10/30/13 | N | | |
| 482. | | | | | Sold | 11/25/13 | N | C | |
| 483. -- BKBK | | None | K | T | | | | | |
| 484. -- CL Options | | | | | Sold | 01/23/13 | J | | |
| 485. | | | | | Sold | 02/20/13 | J | | |
| 486. | | | | | Sold | 05/22/13 | J | | |
| 487. | | | | | Sold | 08/30/13 | J | | |
| 488. | | | | | Sold | 11/13/13 | J | | |
| 489. | | | | | Sold | 12/23/13 | J | | |
| 490. -- CL | B | Int./Div. | M | T | Buy | 01/23/13 | M | | |
| 491. | | | | | Sold (part) | 02/19/13 | K | A | |
| 492. | | | | | Sold | 04/19/13 | M | D | |
| 493. | | | | | Buy | 05/22/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 08/30/13 | M | | |
| 495. | | | | | Sold (part) | 09/23/13 | M | | |
| 496. -- ACCO | | None | | | Sold | 01/11/13 | J | | |
| 497. -- AINV | D | Int./Div. | L | T | | | | | |
| 498. -- GRBS | | None | L | T | | | | | |
| 499. -- TRV Options | | | | | Sold | 04/22/13 | J | | |
| 500. | | | | | Sold | 05/21/13 | J | | |
| 501. | | | | | Sold | 06/24/13 | J | | |
| 502. | | | | | Sold | 08/20/13 | J | | |
| 503. -- TRV | A | Dividend | | | Buy | 04/22/13 | M | | |
| 504. | | | | | Sold | 05/20/13 | M | B | |
| 505. | | | | | Buy | 05/21/13 | N | | |
| 506. | | | | | Buy (add'l) | 08/20/13 | L | | |
| 507. | | | | | Sold (part) | 09/23/13 | L | B | |
| 508. | | | | | Sold | 10/21/13 | N | C | |
| 509. -- AFL Options | | | | | Sold | 04/22/13 | J | | |
| 510. | | | | | Sold | 04/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 48

Name of Person Reporting

Moody, Jr., James S.

Date of Report

10/31/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -- AFL | A | Dividend | | | Buy | 04/22/13 | M | | |
| 512. | | | | | Sold (part) | 05/20/13 | L | A | |
| 513. | | | | | Sold | 06/24/13 | M | D | |
| 514. -- PG Options | | | | | Sold | 04/24/13 | J | | |
| 515. | | | | | Sold | 06/24/13 | J | | |
| 516. | | | | | Sold | 06/24/13 | J | | |
| 517. | | | | | Sold | 10/23/13 | J | | |
| 518. -- PG | C | Dividend | | | Buy | 04/24/13 | M | | |
| 519. | | | | | Buy (add'l) | 06/24/13 | L | | |
| 520. | | | | | Sold (part) | 07/17/13 | M | | |
| 521. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 522. | | | | | Sold | 11/25/13 | M | D | |
| 523. -- CAH Options | | | | | Sold | 04/24/13 | J | | |
| 524. | | | | | Sold | 06/24/13 | J | | |
| 525. | | | | | Sold | 07/08/13 | J | | |
| 526. -- CAH | A | Dividend | | | Buy | 04/24/13 | M | | |
| 527. | | | | | Sold (part) | 05/17/13 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 10/31/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 05/20/13 | L | B | |
| 529. | | | | | Buy | 06/04/13 | L | | |
| 530. | | | | | Sold (part) | 06/20/13 | J | A | |
| 531. | | | | | Sold | 06/24/13 | L | B | |
| 532. | | | | | Buy | 06/24/13 | L | | |
| 533. | | | | | Buy (add'l) | 06/25/13 | L | | |
| 534. | | | | | Sold (part) | 07/19/13 | J | A | |
| 535. | | | | | Sold (part) | 07/22/13 | L | B | |
| 536. | | | | | Sold | 08/19/13 | L | C | |
| 537. -- WERN Options | | | | | Sold | 05/21/13 | J | | |
| 538. | | | | | Sold | 06/24/13 | J | | |
| 539. | | | | | Sold | 09/26/13 | J | | |
| 540. | | | | | Sold | 11/18/13 | J | | |
| 541. -- WERN | B | Int./Div. | M | T | Buy | 05/20/13 | M | | |
| 542. -- TUP Options | | | | | Sold | 05/21/13 | J | | |
| 543. | | | | | Sold | 06/24/13 | J | | |
| 544. | | | | | Sold | 07/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold | 07/22/13 | J | | |
| 546. | | | | | Sold | 07/30/13 | J | | |
| 547. | | | | | Sold | 08/30/13 | J | | |
| 548. | | | | | Sold | 09/23/13 | J | | |
| 549. | | | | | Sold | 10/23/13 | J | | |
| 550. | | | | | Sold | 10/23/13 | J | | |
| 551. | | | | | Sold | 11/20/13 | J | | |
| 552. | | | | | Sold | 11/25/13 | J | | |
| 553. -- TUP | C | Int./Div. | M | T | Buy | 05/21/13 | N | | |
| 554. | | | | | Buy (add'l) | 06/20/13 | L | | |
| 555. | | | | | Buy (add'l) | 07/22/13 | L | | |
| 556. | | | | | Sold (part) | 08/19/13 | N | | |
| 557. | | | | | Buy (add'l) | 08/30/13 | M | | |
| 558. | | | | | Sold (part) | 09/23/13 | L | D | |
| 559. | | | | | Buy (add'l) | 09/23/13 | M | | |
| 560. | | | | | Sold (part) | 10/21/13 | N | D | |
| 561. | | | | | Buy (add'l) | 10/23/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 11/18/13 | L | D | |
| 563. | | | | | Buy (add'l) | 11/20/13 | M | | |
| 564. | | | | | Buy (add'l) | 11/25/13 | M | | |
| 565. | | | | | Sold (part) | 12/16/13 | N | | |
| 566. -- GD Options | | | | | Sold | 05/22/13 | J | | |
| 567. | | | | | Sold | 05/22/13 | J | | |
| 568. | | | | | Sold | 06/24/13 | J | | |
| 569. | | | | | Sold | 06/24/13 | J | | |
| 570. | | | | | Sold | 10/22/13 | J | | |
| 571. | | | | | Sold | 11/18/13 | J | | |
| 572. | | | | | Sold | 12/23/13 | J | | |
| 573. -- GD | D | Int./Div. | N | T | Buy | 05/22/13 | N | | |
| 574. | | | | | Sold | 08/19/13 | N | C | |
| 575. | | | | | Buy | 10/22/13 | M | | |
| 576. | | | | | Sold | 12/23/13 | M | D | |
| 577. | | | | | Buy | 12/23/13 | N | | |
| 578. -- CCE Options | | | | | Sold | 05/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 08/30/13 | J | | |
| 580. -- CCE | B | Dividend | | | Buy | 05/22/13 | M | | |
| 581. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 582. | | | | | Sold (part) | 09/23/13 | L | | |
| 583. | | | | | Sold | 10/21/13 | M | | |
| 584. -- PM Options | | | | | Sold | 05/31/13 | J | | |
| 585. | | | | | Sold | 06/24/13 | J | | |
| 586. | | | | | Sold | 06/24/13 | J | | |
| 587. | | | | | Sold | 07/22/13 | J | | |
| 588. | | | | | Sold | 08/20/13 | J | | |
| 589. | | | | | Sold | 09/24/13 | J | | |
| 590. | | | | | Sold | 10/23/13 | J | | |
| 591. | | | | | Sold | 12/23/13 | J | | |
| 592. -- PM | D | Int./Div. | M | T | Buy | 05/31/13 | N | | |
| 593. | | | | | Buy (add'l) | 08/20/13 | M | | |
| 594. | | | | | Sold (part) | 09/23/13 | N | | |
| 595. -- CLX Options | | | | | Sold | 05/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Sold | 06/24/13 | J | | |
| 597. -- CLX | C | Dividend | | | Buy | 05/31/13 | N | | |
| 598. | | | | | Sold | 10/21/13 | N | C | |
| 599. -- UAN | C | Int./Div. | K | T | Buy | 11/27/13 | K | | |
| 600. -- ESV Options | | | | | Sold | 12/02/13 | J | | |
| 601. | | | | | Sold | 12/13/13 | J | | |
| 602. | | | | | Sold | 12/18/13 | J | | |
| 603. | | | | | Sold | 12/23/13 | J | | |
| 604. | | | | | Sold | 12/23/13 | J | | |
| 605. -- ESV | E | Int./Div. | N | T | Buy | 12/02/13 | M | | |
| 606. | | | | | Buy (add'l) | 12/13/13 | M | | |
| 607. | | | | | Buy (add'l) | 12/18/13 | M | | |
| 608. | | | | | Buy (add'l) | 12/23/13 | M | | |
| 609. -- Greenville, SC Bond ▓▓▓ | B | Interest | | | Redeemed | 12/02/13 | L | | |
| 610. -- South Carolina Bond ▓▓▓ | B | Interest | L | T | | | | | |
| 611. -- Greenville, SC Bond ▓▓▓ | B | Interest | K | T | | | | | |
| 612. -- Horry Cnty, SC Bond | B | Interest | | | Redeemed | 03/01/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613.  -- FIRST TAMPA 301 LLC TAMPA, FL |  | None |  |  | Distributed | 04/26/13 | M |  |  |
| 614.  Merrill Lynch - Trust #1 Inc. Bene ▓▓▓ |  |  |  |  |  |  |  |  |  |
| 615.  -- CYS Options |  |  |  |  | Sold | 01/09/13 | J |  |  |
| 616. |  |  |  |  | Sold | 04/09/13 | J |  |  |
| 617. |  |  |  |  | Sold | 08/27/13 | J |  |  |
| 618.  -- CYS | E | Int./Div. | M | T | Buy (add'l) | 06/11/13 | J |  |  |
| 619.  -- CTL | C | Int./Div. | K | T | Sold | 04/22/13 | M |  |  |
| 620. |  |  |  |  | Buy | 10/25/13 | K |  |  |
| 621.  -- AFL Options |  |  |  |  | Sold | 12/26/13 | J |  |  |
| 622.  -- AFL | B | Int./Div. | L | T | Buy | 11/07/13 | L |  |  |
| 623.  -- VLO Options |  |  |  |  | Sold | 11/20/13 | J |  |  |
| 624.  -- VLO | B | Int./Div. | M | T | Buy | 11/19/13 | M |  |  |
| 625.  -- AGNC Options |  |  |  |  | Sold | 01/03/13 | J |  |  |
| 626. |  |  |  |  | Sold | 03/08/13 | J |  |  |
| 627. |  |  |  |  | Sold | 06/26/13 | J |  |  |
| 628. |  |  |  |  | Sold | 08/27/13 | J |  |  |
| 629. |  |  |  |  | Sold | 10/22/13 | J |  |  |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|  | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |  |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |  |
|  | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |  |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 |  |  |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |  |
|  | U =Book Value | V =Other | W =Estimated |  |  |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -- AGNC | E | Int./Div. | M | T | Sold | 02/19/13 | N | D | |
| 631. | | | | | Buy | 02/21/13 | N | | |
| 632. | | | | | Buy (add'l) | 05/03/13 | L | | |
| 633.  -- IVR Options | | | | | Sold | 07/30/13 | J | | |
| 634.  -- IVR | D | Int./Div. | L | T | Sold | 01/14/13 | J | A | |
| 635. | | | | | Buy | 03/19/13 | M | | |
| 636. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 637.  -- KMB Options | | | | | Sold | 04/26/13 | J | | |
| 638. | | | | | Sold | 06/25/13 | J | | |
| 639.  -- KMB | B | Dividend | | | Buy | 04/24/13 | M | | |
| 640. | | | | | Sold | 10/21/13 | L | | |
| 641.  -- PM Options | | | | | Sold | 02/27/13 | J | | |
| 642. | | | | | Sold | 04/24/13 | J | | |
| 643.  -- PM | C | Dividend | | | Sold | 09/23/13 | M | C | |
| 644.  -- WIN Options | | | | | Sold | 07/16/13 | J | | |
| 645.  -- WIN | E | Int./Div. | M | T | Buy (add'l) | 03/15/13 | K | | |
| 646. | | | | | Buy (add'l) | 03/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 648. -- NLY Options | | | | | Sold | 09/30/13 | J | | |
| 649. -- NLY | C | Int./Div. | K | T | Buy | 09/27/13 | K | | |
| 650. -- GNI | D | Int./Div. | K | T | Buy | 10/22/13 | J | | |
| 651. | | | | | Buy (add'l) | 10/23/13 | K | | |
| 652. -- MITT Options | | | | | Sold | 01/04/13 | J | | |
| 653. | | | | | Sold | 07/16/13 | J | | |
| 654. | | | | | Sold | 12/10/13 | J | | |
| 655. -- MITT | E | Int./Div. | M | T | Sold | 02/19/13 | M | D | |
| 656. | | | | | Buy | 02/21/13 | N | | |
| 657. | | | | | Buy (add'l) | 08/19/13 | J | | |
| 658. -- MTGE Options | | | | | Sold | 01/03/13 | J | | |
| 659. | | | | | Sold | 01/09/13 | J | | |
| 660. | | | | | Sold | 06/26/13 | J | | |
| 661. | | | | | Sold | 09/23/13 | J | | |
| 662. | | | | | Sold | 12/26/13 | J | | |
| 663. -- MTGE | E | Int./Div. | M | T | Sold (part) | 01/22/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 01/23/13 | M | | |
| 665. | | | | | Sold (part) | 03/14/13 | J | | |
| 666. | | | | | Sold (part) | 03/15/13 | J | | |
| 667. | | | | | Sold (part) | 03/18/13 | M | D | |
| 668. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 669. -- SBY | A | Int./Div. | J | T | Spinoff (from line 674) | 04/24/13 | J | | |
| 670. -- TWO Options | | | | | Sold | 01/03/13 | J | | |
| 671. | | | | | Sold | 03/25/13 | J | | |
| 672. | | | | | Sold | 07/31/13 | J | | |
| 673. | | | | | Sold | 12/24/13 | J | | |
| 674. -- TWO | D | Int./Div. | M | T | Sold (part) | 03/06/13 | J | | |
| 675. | | | | | Sold | 03/18/13 | M | E | |
| 676. | | | | | Buy | 03/19/13 | M | | |
| 677. -- DMND(Y) | | | | | | | | | |
| 678. -- COP Options | | | | | Sold | 09/23/13 | J | | |
| 679. -- COP | B | Dividend | | | Buy | 09/23/13 | M | | |
| 680. | | | | | Sold | 11/18/13 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Moody, Jr., James S.

10/31/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -- AINV | C | Int./Div. | K | T | | | | | |
| 682. -- CSQ | C | Int./Div. | L | T | | | | | |
| 683. Merrill Lynch - ▨ Trust ▨ (X) | | | | | | | | | |
| 684. -- BAC | A | Int./Div. | K | T | | | | | |
| 685. -- CAT | B | Int./Div. | L | T | | | | | |
| 686. -- GIS | C | Int./Div. | M | T | | | | | |
| 687. -- POT | C | Int./Div. | L | T | | | | | |
| 688. -- RF | A | Int./Div. | K | T | | | | | |
| 689. -- STI | A | Int./Div. | J | T | | | | | |
| 690. -- MOS | A | Int./Div. | K | T | | | | | |
| 691. -- WFC | A | Int./Div. | J | T | | | | | |
| 692. -- CAT | B | Dividend | | | Sold | 10/17/13 | L | A | |
| 693. -- TRV | C | Dividend | | | Sold | 10/21/13 | M | C | |
| 694. -- PRU | C | Dividend | | | Sold | 10/21/13 | M | C | |
| 695. -- BP | A | Dividend | | | Sold | 10/21/13 | K | B | |
| 696. -- WERN | A | Int./Div. | K | T | | | | | |
| 697. GEO THERMAL | B | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  FIRST TAMPA 301 LLC TAMPA, FL | | None | | | Distributed | 04/26/13 | M | | |
| 699.  FIRST TAMPA ALEXANDER LLC(X) | | None | M | W | | | | | |
| 700.  MISSOURI MIDWAY LLC(x) | | None | M | W | Open | 10/14/13 | M | | |
| 701.  REAL PROPERTY | | | | | | | | | |
| 702.  -- Diamond Hill, Valrico, FL | | None | M | W | | | | | |
| 703.  -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 704.  -- Condo, Tampa, FL (Ryan) | | None | M | W | | | | | |
| 705.  -- Land, McIntosh Rd, Hillsborough Cnty, FL | D | Rent | N | W | | | | | |
| 706.  -- Property, Celo, NC | | None | O | W | | | | | |
| 707.  -- Property, Highlands, NC | | None | M | W | | | | | |
| 708.  -- Highlands, North Carolina Condo | C | Rent | N | W | | | | | |
| 709.  -- Rental Property, Plant City, FL | D | Rent | O | W | | | | | |
| 710.  -- Tampa Condo #1 | D | Rent | M | W | | | | | |
| 711.  -- Tampa Condo #2 | D | Rent | M | W | | | | | |
| 712.  -- Tampa Condo #3 | D | Rent | N | W | | | | | |
| 713.  -- Tampa Condo #4 | E | Rent | N | W | | | | | |
| 714.  -- St. Petersburg Condo #1 | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

Moody, Jr., James S.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -- St. Petersburg Condo #2 | E | Rent | N | W | | | | | |
| 716. -- Gainesville, FL Condo | | None | N | W | | | | | |
| 717. -- Tampa Condo #5 | | None | N | W | | | | | |
| 718. -- Alexander St., Plant City, FL | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 47 of 48

Name of Person Reporting

Moody, Jr., James S.

Date of Report

10/31/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 19 - There was no cash in this account at December 31, 2012
2) Line 639 - KMB should have shown as complete sale on 2012 report
3) Line 677 - DMND prior year sale should have been marked as complete sale not partial sale
4) Line 683 - Became trustee on October 14, 2013
5) Line 699 - LLC interest was acquired during 2012, and should have been included on the prior year report
6) Line 700 - Acquired through ▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James S. Moody, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544